## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| In re | Case No. 06-31152-DHW |
| | Chapter 13 |
| KEITH A. FURR | |
| LINDA K. FURR, | |
|     Debtors. | |
| _____ | |
| FIRST LOWNDES BANK, | |
|     Plaintiff, | Adv. Pro. No. 06-3102-DHW |
| v. | |
| KEITH A. FURR | |
| LINDA K. FURR, | |
|     Defendants. | |
| _____ | |
| HENRY ETHEL TRAMMELL | |
|     Plaintiff, | Adv. Pro. No. 07-3008-DHW |
| v. | |
| KEITH A. FURR | |
| LINDA K. FURR, | |
|     Defendants. | |

## FINAL JUDGMENT

In accordance with the findings of fact and conclusions of law stated from the bench in open court on March 18, 2008, it is

ORDERED that the debt owed by Keith A. Furr to First Lowndes Bank is excepted from discharge under 11 U.S.C. § 523(a)(6), and that debt is hereby declared to be NONDISCHARGEABLE under 11 U.S.C. § 1328(b). It is

FURTHER ORDERED that judgment enter in favor of Keith A. Furr and Linda K. Furr as to all other claims asserted in the above-styled adversary proceedings.

Done this 18th day of March, 2008.

/s/ Dwight H. Williams, Jr.
United States Bankruptcy Judge

c: Britt B. Griggs, Attorney for First Lowndes Bank
Jon M. Folmar, Attorney for Trammell
Vonda S. McLeod, Attorney for Debtors
Curtis C. Reding, Trustee